AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

APPEARANCE

Case Number:

**07 CV 6748**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ruby Miller

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/25/2007 | _[signature]_ |
| Date | Signature |
| | Deborah Lepow Ziegler     PHV789 |
| | Print Name     Bar Number |
| | 4265 San Felipe, Suite 1000 |
| | Address |
| | Houston     TX     77027 |
| | City     State     Zip Code |
| | (713) 622-7271     (713) 623-8724 |
| | Phone Number     Fax Number |